654

McCormick Building Corporation, appellee, v. David E. Kennedy, Inc., appellant. Gen. No. 34,907.

Opinion filed December 2, 1931.

Boyle, Murphy & Nelson, for appellant; Thomas E. Murphy, of counsel. Cohen & Berke, for appellee; Harry F. Brewer, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Lloyd F. Neely, trading as Neely Printing Company, appellee, v. The Midland Club, appellant. Gen. No. 34,968.

Opinion filed December 2, 1931.

Stevens, Carrier & Griffith, for appellant; George M. Stevens, of counsel. Haffenberg, Kopald & Burns, for appellee; Harry E. Kopald and Joseph Rosenbaum, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Louis E. Nelson, receiver of the Citizens State Bank of Melrose Park, Illinois, appellee, v. Margareth Thiele, appellant. Gen. No. 35,360.

Opinion filed December 2, 1931.

Ode L. Rankin, for appellant. Crowe, Gorman & Savage, for appellee; C. J. Odenweller, Jr., of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Fred P. Heitman, appellee, v. Julius E. Evensen et al., defendants. Lena Lomanto, individually and as guardian of Joseph Charles Lomanto and Sarah Ruth Lomanto, minors, appellant. Gen. No. 35,405.

Opinion filed December 2, 1931.

Jacobson, Merrick, Nierman & Silbert, for appellant. William B. Berger, for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.